# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | |
|---|---|
| TRACY MARROW (PRO SE), | : No. 33 EM 2023 |
| Petitioner | : |
| | : |
| v. | : |
| | : |
| COMMON PLEAS COURT OF PHILADELPHIA (PROTHONOTARY), ET AL., JOHN H. EVERS, | : |
| Respondents | : |

## ORDER

**PER CURIAM**

 **AND NOW**, this 12th day of October, 2023, the Application for Leave to File Original Process is GRANTED, and the Petition for Writ of Mandamus is DENIED.